UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 FEB -5 PM 1:22

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-103 |
| Plaintiff, | JUDGE BOWMAN |
| v. | UNITED STATES' MOTION TO SEAL CASE |
| KARIM ALI RASHID, Defendant. | |

The United States Attorney respectfully requests that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be kept and filed under seal and that no person shall disclose their existence until further order of the Court.

As grounds for the instant motion, the United States Attorney states that disclosure of said documents could hamper the on-going investigation.

Respectfully submitted,

DAVID M. DEVILLERS
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-3711
Fax: (513) 684-2047

IT IS HEREBY ORDERED that the Complaint, Affidavit, Arrest Warrant, and all related documents filed herewith and in the future, be filed under seal and shall not be disclosed.

2/5/20
DATE

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE