AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 FEB -5 PM 3:03
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:20-mj-00103 |
| KARIM ALI RASHID | ) |
| *Defendant* | ) |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio | Courtroom No.: 701 |
|---|---|---|
| | | Date and Time: 2/7/20 1:30 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 2/5/20

*Judge's signature*

Stephanie K. Bowman, United States Magistrate Judge
*Printed name and title*