AO 456 (Rev. 5/85) Notice

**United States District Court**

SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | NOTICE |
|---|---|
| V. | CASE NUMBER: **1:20mj103** |
| **KARIM ALI RASHID,** | ( Litkovitz, MJ ) |

**TYPE OF CASE**

☐ CIVIL   ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | **708** |
| | DATE AND TIME |
| | **Wed., February 19, 2020 at 1:30 pm** |

**TYPE OF PROCEEDING**

**Preliminary Hearing before the Honorable Karen L. Litkovitz, U.S. Magistrate Judge**

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESET TO, DATE AND TIME |
|---|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | | |

**February 10, 2020**
Date

**RICHARD W. NAGEL**
U.S. Magistrate or Clerk of Court

s/Arthur Hill
(BY) DEPUTY CLERK

To: Federal Public Defender

CC: U.S. Pretrial Services
U.S. Probation
U.S. Marshal's Office
U.S. Attorney's Office (Timothy Mangan, AUSA)

**NOTE: It is the responsibility of Counsel to notify their clients.**