UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20CR-019 |
| Plaintiff, | JUDGE McFarland |
| v. | **INDICTMENT** |
| KARIM ALI RASHID, | 18 U.S.C. § 2 |
| a/k/a "Kareem Rashid," | 18 U.S.C. § 922(g)(1) |
| Defendant. | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

## COUNT 1
(Possession by a Prohibited Person; 772 Evangeline Road, Cincinnati, Ohio)

On or about February 5, 2020, in the Southern District of Ohio, the defendant, **KARIM ALI RASHID, a/k/a "Kareem Rashid,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit:

a. Western Six .22 caliber revolver (s/n K47344) and 5 rounds of .22 ammunition; and

b. ARCOA .22 caliber short revolver (no visible serial number) and 5 rounds of .22 ammunition;

and the firearms and ammunition were in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 2
### (Possession by a Prohibited Person; 58 Windsor, Hamilton, Ohio)

On or about February 4-5, 2020, in the Southern District of Ohio, the defendant, **KARIM ALI RASHID, a/k/a "Kareem Rashid,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit:

    a. Armscor revolver (RIA1641977) with six bullets;

    b. Taurus .357 Magnum (2J83527) with five bullets;

    c. An assault style rifle (M92PV008723) with 39 bullets and one magazine;

    d. DPMS, Inc. rifle .556 (25960) with 74 bullets and 3 magazines;

    e. 82 cartridge casings of ammunition marked "Federal, .38 Special;"

and the firearms and ammunition were in and affecting commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.**

### FORFEITURE ALLEGATION NO. 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **KARIM ALI RASHID, a/k/a "Kareem Rashid,"** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense, including, but not limited to:

   a. Western Six .22 caliber revolver (s/n K47344) and 5 rounds of .22 ammunition; and

   b. ARCOA .22 caliber short revolver (no visible serial number) and 5 rounds of .22 ammunition.

### FORFEITURE ALLEGATION NO. 2

Upon conviction of the offense set forth in Count 2 of this Indictment, the defendant, **KARIM ALI RASHID, a/k/a "Kareem Rashid,"** shall forfeit to the United States, pursuant to

18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in or used in the commission of the offense, including, but not limited to:

a. Armscor revolver (RIA1641977) with six bullets;
b. Taurus .357 Magnum (2J83527) with five bullets;
c. An AK-style pistol (M92PV008723) with 39 bullets and one magazine;
d. DPMS, Inc. AR-style rifle .556 (25960) with 74 bullets and 3 magazines;
e. 1 9mm Luger bullet;
f. 82 rounds of ammunition marked "Federal, .38 special;"
g. 29 rounds of .22 ammunition;
h. 1 drum magazine with 39 rounds of 7.62x ammunition;
i. 1 magazine with 11 rounds of 9mm ammunition;
j. 43 rounds of .32 caliber ammunition;
k. 22 rounds of 9mm caliber ammunition;
l. 86 rounds of .45 caliber ammunition;
m. 8 rounds of .223 caliber ammunition; and
n. 81 rounds of 7.62x39 ammunition.

**A TRUE BILL**

/s/
_____
**GRAND JURY FOREPERSON**

**DAIVD M. DEVILLERS**
**UNITED STATES ATTORNEY**

_____
**ANTHONY SPRINGER**
**ASSISTANT UNITED STATES ATTORNEY**